IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| LAKSHMANAN PONNAYAN ACHARI, et al.,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SIGNAL INTERNATIONAL, LLC, et al.,<br><br>　　　　　　　　　　　　　Defendants. | Civ. No. 1:13-CV-00222-LG-JMR |

MOTION OF PLAINTIFFS FIRST NAMED IN THE AMENDED COMPLAINT
TO DISMISS WITHOUT PREJUDICE THEIR CLAIMS
AGAINST DEFENDANT MICHAEL POL

　　　　Plaintiffs Varghese Varkey Abraham, Subhashithan Bahuleyan, Praveen Kulathum Muriyil Gopalakrishnan, Eldose Isac, Thansilas Joseph, Kulath Somanathan Kalayam, Bhaskaran Sreedharan Kutty, Nibu Raju, Savinder Singh, Kittayi Sunil Kumar Therattil, Moni Panikulangara Thomas, Thenooran Kumaran Unnikrishnan, Benny Chittilappilly Vareed, and the Estate of Kuliyanickal Paily Varghese (collectively, the "Amended Plaintiffs") respectfully move, upon the accompanying Memorandum of Law and attached Exhibit A, for an order pursuant to Federal Rule of Civil Procedure 41(a)(2) dismissing without prejudice *nunc pro tunc* to August 1, 2013, the Amended Plaintiffs' claims against Defendant Michael Pol, as asserted in the Amended Complaint, Doc. No. 26, dated August 1, 2013.  A proposed order has been submitted to the Court via e-mail pursuant to Local Uniform Civil Rule 7(b)(2)(E).

Dated: August 27, 2013                             Respectfully submitted,

LATHAM & WATKINS LLP

By: *s/ H. Gregory Baker*

H. Gregory Baker, *pro hac vice*
Miles N. Ruthberg, *pro hac vice*
Benton J. Campbell, *pro hac vice*
Christopher Harris, *pro hac vice*
Jennifer Greenberg, *pro hac vice*
Daniel D. Adams, *pro hac vice*
Elizabeth C. Rowland, *pro hac vice* to be filed
Aaron M. Safane, *pro hac vice* to be filed
885 Third Avenue
New York, New York 10022
Tel:  (212) 906-1200
Fax: (212) 751-4864
E-mail: miles.ruthberg@lw.com
E-mail: benton.campbell@lw.com
E-mail: christopher.harris@lw.com
E-mail: gregory.baker@lw.com
E-mail: jennifer.greenberg@lw.com
E-mail: daniel.adams@lw.com
E-mail: elizabeth.rowland@lw.com
E-mail: aaron.safane@lw.com

MCDUFF & BYRD

By: *s/ Robert B. McDuff*

Robert B. McDuff, MS Bar No. 2532
Sibyl C. Byrd, MS Bar No. 100601
Jacob W. Howard, MS Bar No. 103256
767 North Congress Street
Jackson, Mississippi 39202
Tel: (601) 969-0802
Fax: (601) 969-0804
E-mail: rbm@mcdufflaw.com
E-mail: scb@mcdufflaw.com
E-mail: jake@mcdufflaw.com

*Attorneys for the Amended Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2013, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of an electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to non-CM/ECF participants.

*s/ H. Gregory Baker*

H. Gregory Baker, *pro hac vice*